Sarah MARGOLIS, Respondent,

v.

Thomas STEINBERG, Appellant.

No. ED 81359.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 18, 2003.

Application for Transfer to Supreme
Court and Motion to Publish
Denied Jan. 13, 2004.

Application for Transfer Denied
Feb. 24, 2004.

Michael A. Gross, St. Louis, MO, for
appellant.

Susan M. Hais, Clayton, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT J. DOWD, JR., J. and MARY R. RUSSELL, J.

### ORDER

PER CURIAM.

Appellant, Thomas Steinberg, appeals from the judgment of the Circuit Court of the City of St. Louis, dissolving his marriage to respondent, Sarah Margolis. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is supported by competent and substantial evidence. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).